

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND NORMENT,<br>[567-453]           Petitioner | : CIVIL ACTION<br>:<br>: |
| V. | : |
| MR. BLACKMON, et al.,<br>           Respondents | : NO. 06-CV-3798<br>: |

FILED

MAY 23 2007

MICHA_____, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 22 day of May, 2007, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, *And no objections having been filed* IT IS HEREBY **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED.**

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is

   **DENIED and DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

EDUARDO C. ROBRENO,         J.